# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| BAYER CROPSCIENCE LP and MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DANNY GLASS,<br><br>    Defendant. | Case No. 4:23-CV-00087 JAR |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

COME NOW, the Parties, and move the Court for approval and entry of the Consent Judgment and Permanent Injunction filed herewith.

This 2nd day of April, 2025.

| | |
|---|---|
| Respectfully submitted,<br>THOMPSON COBURN LLP<br><br>By /s/ Daniel C. Cox<br>Daniel C. Cox, #38902MO<br>Jeffrey A. Masson, #60244MO<br>Matthew S. Bober, # 59825MO<br>Anthony F. Blum, #60993MO<br>One US Bank Plaza<br>St. Louis, MO  63101<br>P: 314 552 6000<br>F: 314 552 7000<br>dcox@thompsoncoburn.com<br><br>*Attorneys for Plaintiffs Bayer CropScience LP and Monsanto Technology LLC* | Respectfully submitted,<br>LAW OFFICE OF WENDELL L. HOSKINS II<br><br>By /s/ *Wendell L. Hoskins* (with permission)<br>Wendell L. Hoskins II, #78565MO<br>404 Ward Avenue<br>Caruthersville, MO 63830<br>Wendell@WendellHoskins.com<br><br>*Attorney for Defendant Danny Glass* |